IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 14 1997

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **LESTER JEROME DARGANE,** §<br>Plaintiff, §<br>§<br>v. §<br>§<br>**AURELIO AMBRIZ, ET AL.,** §<br>Defendants. § | # 18<br><br>Civil Action No. C-96-253 |

## ORDER

On this day a **Motion to Appear *Pro Hac Vice*** came before the Court for hearing. The Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that **Motion to Appear Pro Hac Vice** be, and it is hereby GRANTED. Assistant Attorney General Karen B. Ray may appear on behalf of the Defendants in this cause of action.

SIGNED on this the _11_ day of _July_, 1997.

_____Jane Cooper-Hill_____
JUDGE PRESIDING

KEB/misc/dargane.phv

3